**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| R.O.A., | Case No. 1:26-cv-2927 KES EPG (HC) |
| Petitioner, | ORDER GRANTING MOTION TO PROCEED UNDER PSEUDONYM |
| v. | Doc. 3 |
| MINGA WOFFORD, et al., | |
| Respondents. | |

Petitioner R.O.A. proceeds with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his detention.  Petitioner moves to proceed under a pseudonym.  Doc. 3.

A party may proceed under a pseudonym "when nondisclosure of the party's identity is necessary ... to protect a person from harassment [or] injury . . ." *Does I Thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1067 (9th Cir. 2000) (citation omitted).  Having considered petitioner's motion to proceed under a pseudonym, the Court finds he has established good cause. The Court ORDERS that petitioner shall referred to by his initials in this action in filings made by the parties.

IT IS SO ORDERED.

Dated:   April 20, 2026

_____
UNITED STATES DISTRICT JUDGE

1