UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.O.A., | Case No. 1:26-cv-02927 KES EPG (HC) |
| Petitioner, | A-Number: 221-486-189 |
| v. | ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION AND REQUIRING BOND HEARING WITHIN 10 DAYS |
| MINGA WOFFARD, et al., | |
| Respondents. | |
| | Doc. 1 |

Petitioner R.O.A. is an immigration detainee proceeding with a petition for writ of habeas corpus and motion for temporary restraining order.  Docs. 1, 2.  The Court has previously addressed the legal issues raised by claim one of the petition.  *See e.g.*, *Crispin M. C. v. Noem*, No. 1:25-CV-01487-KES-HBK (HC), 2026 WL 70553 (E.D. Cal. Jan. 8, 2026); *J.A.C.P. v. Wofford*, No. 1:25-CV-01354-KES-SKO (HC), 2025 WL 3013328 (E.D. Cal. Oct. 27, 2025); *Lepe v. Andrews*, 801 F. Supp. 3d 1104 (E.D. Cal. 2025).

The Court set a briefing schedule on the motion for temporary restraining order and ordered respondents to show cause as to whether there are any factual or legal issues in this case that distinguish it from the Court's prior orders and that would justify denying the petition.  Doc. 6.  Respondents filed an "opposition to petition for writ of habeas corpus," in response, stating that "ICE re-detained Petitioner" after an encounter with law enforcement.  Doc. 10 at 1.  Respondents do not identify any other factual or legal distinctions with cases identified by the

1

Court.  While respondents oppose the petition, they do not raise any new legal arguments.  *Id.* at 1-3.  The Court addresses the petition on the merits, as briefing is complete and neither party requested a hearing.  *See* Docs. 10, 11.

As respondents have not made any new legal arguments and have not identified any factual or legal issues in this case that distinguish it from the Court's prior decisions in *Crispin M. C. v. Noem*, No. 1:25-CV-01487-KES-HBK (HC), 2026 WL 70553 (E.D. Cal. Jan. 8, 2026), *J.A.C.P. v. Wofford*, No. 1:25-CV-01354-KES-SKO (HC), 2025 WL 3013328 (E.D. Cal. Oct. 27, 2025), and *Lepe v. Andrews*, 801 F. Supp. 3d 1104 (E.D. Cal. 2025), the petition for writ of habeas corpus is GRANTED as to claim one of the petition, for the reasons stated in those prior orders.[1]

Respondents are ORDERED to provide petitioner R.O.A. (A-Number: 221-486-189) with a bond hearing before a neutral arbiter pursuant to section 1226(a) and its implementing regulations within ten (10) days of the date of this Order.  Respondents shall immediately provide petitioner with a copy of this Order and shall provide him with 48 hours' written notice before the bond hearing.

The Clerk of Court is directed to terminate the motion for temporary restraining order (Doc. 2) as moot, close this case, and enter judgment for petitioner.  The Clerk is directed to serve Mesa Verde ICE Processing Center with a copy of this Order.

IT IS SO ORDERED.

Dated:   May 14, 2026

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Court need not address the other claims as petitioner is entitled to the relief he seeks based on the Court's ruling on claim one.

2